UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IAN TORCH LOCKLEAR,

    Plaintiff,

v.                                  **CASE NO**: 8:09-cv-2517-T-26AEP

CREDIT COLLECTIONS USA, LLC, and
DR. GREGORY P. SAMANO,

    Defendants.
_____/

## **O R D E R**

Before the Court is Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction and supporting brief (Dkt. 28).[1] After careful consideration of the motion and supporting memorandum, the Court concludes that the motion should be denied.

The sole basis for Defendant's motion rests on an offer of judgment filed pursuant to Federal Rule of Civil Procedure 68 and a statement in a footnote that "Plaintiff's counsel has represented in settlement discussions that his claim is for statutory damages only." (Dkt. 28, p. 1 at n. 2). Defendant's disclosure of what the Plaintiff is seeking as damages amounts to a "statement[] made in compromise negotiations regarding the claim." Fed.R.Evid. 408(a)(2). As such, the Court cannot consider either the offer of judgment or the statement made by Plaintiff's counsel without violating the dictates of the

---

[1] The Court need not wait for a response from Plaintiff.

rules of evidence. It is therefore **ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. 28) is **DENIED.**

**DONE AND ORDERED** at Tampa, Florida, on May 6, 2010.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record