**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IAN TORCH LOCKLEAR,

    Plaintiff,

v.                                        CASE NO: 8:09-cv-2517-T-26AEP

CREDIT COLLECTIONS U.S.A., LLC, and
DR. GREGORY P. SAMANO,

    Defendants.
_____/

**O R D E R**

    Upon due consideration, it is ordered and adjudged that Plaintiff's Motion for Summary Judgment (Dkt. 49) is stricken pursuant to paragraph 6(g) of the Court's Case Management and Scheduling Order entered May 10, 2010, at docket 35 for failure to comply with paragraph 6(b) of that order.

    **DONE AND ORDERED** at Tampa, Florida, on April 15, 2011.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record